THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MICHAEL GOFFREDO, Appellant.

*Crimes — rape in first degree — judgment of conviction affirmed.*

People v. Goffredo, 198 App. Div. 918, affirmed.

(Argued October 13, 1921; decided October 28, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 17, 1921, which affirmed a judgment, rendered at a Trial Term for the county of Richmond, upon a verdict convicting the defendant of the crime of rape in the first degree.

*John McKim Minton, Jr., Joseph F. Curren* and *William A. Powers* for appellant.

*Joseph Maloy, District Attorney (Alfred V. Norton* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HOGAN, CARDOZO, POUND and McLAUGHLIN, JJ. Dissenting: HISCOCK, Ch. J., and CRANE, J. Absent: ANDREWS, J.